# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5036**  **September Term, 2024**

**1:25-cv-00018-TJK**

**Filed On:** July 25, 2025

John H. Page,

      Appellant

    v.

Donald J. Trump, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's January 15, 2025 order dismissing appellant's complaint be affirmed. The district court correctly concluded that appellant failed to establish that the inauguration of President Donald Trump resulted in a concrete and particularized injury sufficient to confer standing. See Lujan v. Defenders of Wildlife, 504 U.S. 555, 560 (1992). The injuries alleged by appellant in both the district court and in his brief here amount to "a generally available grievance about government" that applies no more directly and tangibly to appellant than to the public at large. Id. at 573-74.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

**No. 25-5036**                                    **September Term, 2024**


of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk